THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE GINSBERG, Appellant.— Judgment of the County Court of Queens County convicting defendant of the crime of grand larceny in the first degree, reversed on the law and new trial ordered. The court's charge that " Our law doesn't say that the People in a criminal case must prove the guilt of a defendant beyond all reasonable doubt ", and that part of the charge which instructed the jury that they might find defendant guilty of the crime charged though he had " in the first instance, obtained possession of or title to such property lawfully provided he subsequently unlawfully withheld or misappropriated such property to his own use or to the use of any person not entitled to the use and benefit of such property ", were erroneous and affected the defendant's substantial rights under an indictment charging larceny by false pretenses. This court, having considered the questions of fact, affirms the findings of fact implicit in the verdict of the jury. Appeal from orders dismissed. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KOBRYN, Appellant.— Appeal from a judgment of the County Court of Queens County, convicting appellant of the crime of assault in the second degree. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMIL WEINMAN and CONTINENTAL CASUALTY Co., Appellants.— Appeal by defendants from an order entered January 28, 1948, denying a motion to vacate the forfeiture of a bail bond given by defendant Continental Casualty Co. on behalf of the individual defendant, and from an order entered April 14, 1948, denying a renewed motion for the same relief, upon additional affidavits, which motion was misdescribed as one for reargument. Orders affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

RAE SPITZER, Appellant, v. DAVID SPITZER et al., Respondents.— In an action for a declaratory judgment as to the plaintiff's marital status, etc., order granting motion, under subdivision 5 of rule 106 of Rules of Civil Practice, to dismiss the amended complaint, and granting leave to plead over, affirmed, without costs. Plaintiff's time to plead over is extended until ten days after the entry of the order hereon. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

■■■■■■

## (December 27, 1948.)

PARK FIRST REALTY CORP., Respondent, v. MAXWELL ROSENZWEIG et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.